# **EXHIBIT 1**



# Notice of Service of Process

null / ALL
**Transmittal Number: 29449026**
**Date Processed: 07/08/2024**

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Companies, Inc.<br>Entity ID Number  2515374 |
| **Entity Served:** | Lowe's Companies, Inc. |
| **Title of Action:** | Dennis Smithson vs. Lowe's Home Centers, aka, Lowe's Home Improvement, LLC, aka, Central Charlotte, LLC |
| **Matter Name/ID:** | Dennis Smithson vs. Lowe's Home Centers, aka, Lowe's Home Improvement, LLC, aka, Central Charlotte, LLC (15951889) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Jefferson County Circuit Court, KY |
| **Case/Reference No:** | 24-CI-004581 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 07/08/2024 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Winton & Hiestand Law Group, LLC<br>502-882-3133 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

July 2, 2024

CORPORATION SERVICE COMPANY
LOWE"S COMPANIES, INC.
2626 GLENWOOD AVENUE
SUITE 550
RALEIGH, NC 27608

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 24-CI-004581

COURT:  Circuit Court Clerk
        Jefferson County
        700 West Jefferson St.
        Louisville, KY 40202
        Phone: (502) 595-3055

Legal action has been filed against you in the captioned case.  As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

**(1) Your attorney, or**
**(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
**(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case.  Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

---

AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **24-CI-004581**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **SMITHSON, DENNIS VS. LOWE'S ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**2626 GLENWOOD AVENUE**
**SUITE 550**
**RALEIGH, NC 27608**

Memo: Related party is LOWE'S COMPANIES, INC.

The Commonwealth of Kentucky to Defendant:
**LOWE'S COMPANIES, INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Davis L. Nicholson

Jefferson Circuit Clerk
Date: **7/2/2024**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

Served By _____

Title _____

Summons ID: 828749955410841@00001071979
CIRCUIT: 24-CI-004581 Long Arm Statute – SOS - Restricted Delivery
SMITHSON, DENNIS VS. LOWE'S ET AL



Page 1 of 1

*eFiled*

Package : 000002 of 000005    Presiding Judge: HON. MELISSA LOGAN BELLOWS (630454)    Package : 000002 of 000005

Filed          24-CI-004581    07/02/2024        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    24-CI-004581    07/02/2024        /s/David L. Nicholson, Jefferson Circuit Clerk

NO. _____                                    JEFFERSON COUNTY CIRCUIT COURT
                                                                DIVISION _____
                                                                JUDGE _____


DENNIS SMITHSON                                                            PLAINTIFF

v.

LOWE'S HOME CENTERS, aka,                                                  DEFENDANTS
LOWE'S HOME IMPROVEMENT, LLC, aka,
CENTRAL CHARLOTTE, LLC
        Serve: Corporation Service Company
                421 West Main Street
                Frankfort, KY 40601

And

LOWE'S COMPANIES, INC.
        Registered Agent: Corporation Service Company
                2626 Glenwood Avenue
                Suite 550
                Raleigh, NC 27608

        Serve: Kentucky Secretary of State
                Office of Summons Branch
                700 Capital Ave., Suite 86
                Frankfort, KY 40601

And

UNKNOWN EMPLOYEE

**COMPLAINT**

***"Electronically Filed"***

\*    \*    \*    \*    \*

Comes now the Plaintiff, Dennis Smithson, by counsel, and for his Complaint states as follows:

1.      The Plaintiff, Dennis Smithson, is and was at all times mentioned herein a resident of the City of Louisville, Jefferson County, Kentucky.

Filed          24-CI-004581    07/02/2024        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    24-CI-004581    07/02/2024        /s/David L. Nicholson, Jefferson Circuit Clerk

Package : 000003 of 000005          Presiding Judge: HON. MELISSA LOGAN BELLOWS (630454)          Package : 000003 of 000005

Filed          24-CI-004581    07/02/2024        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    24-CI-004581    07/02/2024        /s/David L. Nicholson, Jefferson Circuit Clerk

2.    To the belief and knowledge of the Plaintiff, the Defendants, Lowe's Home Centers, aka, Lowe's Home Improvement, LLC, aka, Central Charlotte, LLC and Lowe's Companies, LLC hereinafter collectively "Lowe's" is and was at all times mentioned herein a corporation duly licensed to do business in Kentucky.

3.    The Defendant, Unknown Employee, was acting within the scope of his/her employment with Lowe's at the time of said incident.

4.    On or about August 2, 2023 the Plaintiff, Dennis Smithson, a business invitee, was injured when on the premises of Lowe's located at or near 6651 Dixie Hwy, Louisville, Jefferson County, Kentucky 40258.

5.    Plaintiff's resulting injuries and damages were caused and brought about by the negligence and carelessness of the Defendants in creating and allowing unreasonably dangerous conditions to exist at the place and time of the above mentioned incident.

6.    The Defendants had sufficient time to discover and remedy said dangerous conditions prior to the injuries but failed to do so.

7.    The Defendants had an obligation/duty to stock merchandise in a safe manner. The Defendants failed to do so which contributed to the Plaintiff's injuries.

8.    That based upon information and belief, the Defendants, Lowe's, failed to exercise reasonable care in the hiring, entrusting, training, supervising and/or retaining of the agent, servant and/or employee in question.

9.    As a direct and proximate result of the Defendants' negligence, and further as a substantial factor of same, the Plaintiff was caused to suffer severe and permanent physical injuries and damages in an amount within the jurisdiction of this Court.

10.    That the threshold requirements of KRS 304 Chapter 39 have been met.

Filed          24-CI-004581    07/02/2024        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    24-CI-004581    07/02/2024        /s/David L. Nicholson, Jefferson Circuit Clerk

Package : 000004 of 000005

Presiding Judge: HON. MELISSA LOGAN BELLOWS (630454)

Package : 000004 of 000005